**FILED**

FEB - 2 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BIVINS, | No. C-11-2673 JW (PR) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND FOR ENTRY OF DEFAULT** |
| v. | |
| MARTINEZ COUNTY JAIL, et. al., | |
| Defendants. | Doc. #17, 19, 20, 22 |

Plaintiff Joseph Bivins, an inmate presently housed at Folsom State Prison, filed a pro se civil action under 42 U.S.C. § 1983, regarding DNA testing of evidence collected during the investigation of his criminal case. Doc. #1. On January 19, 2012, this Court dismissed this action as duplicative. Doc. #16. On the same day, Plaintiff filed a "motion for reconsideration"[1] (Doc. #17), two requests for entry of default against Martinez County Jail (Doc. ##19 and 20), and an application for default judgment against defendant Martinez County Jail (Doc. #22).

//
//

---

[1]. Although titled a motion for reconsideration, Plaintiff's motion is primarily a request for an evidentiary hearing: "Therefore the Petitioner Joseph Bivins request for reconsideration of the said document and grant an evidentiary hearing to the matter now before the court." Doc. #17 at 2.

1  Plaintiff's "motion for reconsideration," and requests for entry of default and default judgment
2  against Martinez County Jail are **DENIED** as moot. Doc. #17, 19, 20 and 22. This case is closed.

4  IT IS SO ORDERED.

6  DATED  February 2, 2012

JAMES WARE
United States District Chief Judge

9  G:\PRO-SE\JW-SF\CR-11\Bivins-11-2673-order denying motionsl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH BIVINS,

    Plaintiff,

v.

MARTINEZ COUNTY JAIL et al,

    Defendant.

Case Number: CV11-02673 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Bernard Bivins B-63111
Folsom State Prison
B3-A1-19L
P.O. Box 950
Folsom, CA 95763

Dated: February 2, 2012

Richard W. Wieking, Clerk

*Susan Imbriani*

By: Susan Imbriani, Deputy Clerk