IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BIVINS, | No. C-11-2673 JW (PR) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR RECONSIDERATION** |
| v. | |
| MARTINEZ COUNTY JAIL, et al., | |
| Defendants. _____/ | Docket No. 25 |

Plaintiff Joseph Bivins, an inmate presently housed at Folsom State Prison, filed a pro se civil action under 42 U.S.C. § 1983, regarding DNA testing of evidence collected during the investigation of his criminal case. Docket No. 1. On January 19, 2012, this Court dismissed this action as duplicative. Docket No. 16. On the same day, Plaintiff filed a "motion for reconsideration"[1], two requests for entry of default against Martinez County Jail, and an application for default judgment against defendant Martinez County Jail. Plaintiff's motions were denied on February 2, 2012. On February 6, 2012, Plaintiff filed "Objections to the Magistrate Judge Finding and Recommendations," wherein he requests that the court once again review the same arguments he raised in his complaint. Docket No. 25 at 3. The Court will treat Plaintiff's objections as a renewed motion for

---

[1] Although titled a motion for reconsideration, Plaintiff's motion is primarily a request for an evidentiary hearing: "Therefore the Petitioner Joseph Bivins request for reconsideration of the said document and grant an evidentiary hearing to the matter now before the court." Docket No. 17 at 2.

reconsideration. However, Plaintiff has not set forth grounds that justify reconsideration. See, e.g., <u>Pyramid Lake Paiute Tribe of Indians v. Hodel</u>, 882 F.2d 364, 369 n.5 (9th Cir. 1989) ("'[T]he major grounds that justify reconsideration involve an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'") (quoting <u>United States v. Desert Gold Mining Co.</u>, 433 F.2d 713, 715 (9th Cir. 1970)). Accordingly, Plaintiff's renewed motion for reconsideration (Docket No. 25) is DENIED for the reasons set forth in the Order of Dismissal (Docket No. 16).

IT IS SO ORDERED.

DATED    4/24/12

JAMES WARE
United States District Judge

G:\PRO-SE\JW-SF\CR-11\Bivins-11-2673-order motion for reconsideration.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH BIVINS,

        Plaintiff,

v.

MARTINEZ COUNTY JAIL et al,

        Defendant.
        /

Case Number: CV11-02673 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Bernard Bivins B-63111
Folsom State Prison
B3-A1-29L
P.O. Box 950
Folsom, CA 95763

Dated: April 24, 2012

                                      Richard W. Wieking, Clerk
                                      By: T. De Martini, Deputy Clerk