United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSEPH BIVINS,                          No. C-11-2673 JW (PR)

12                    Plaintiff,             **ORDER DENYING PLAINTIFF'S**
                                             **RENEWED MOTION FOR**
13            v.                             **RECONSIDERATION**

14   MARTINEZ COUNTY JAIL, et al.,

15                    Defendants.

16   _____/       Docket No. 25

17        Plaintiff Joseph Bivins, an inmate presently housed at Folsom State Prison, filed a pro se civil

18   action under 42 U.S.C. § 1983, regarding DNA testing of evidence collected during the investigation

19   of his criminal case.  Docket No. 1.  On January 19, 2012, this Court dismissed this action as

20   duplicative.  Docket No. 16.  On the same day, Plaintiff filed a "motion for reconsideration"[1], two

21   requests for entry of default against Martinez County Jail, and an application for default judgment

22   against defendant Martinez County Jail.  Plaintiff's motions were denied on February 2, 2012.  On

23   February 6, 2012, Plaintiff filed "Objections to the Magistrate Judge Finding and Recommendations,"

24   wherein he requests that the court once again review the same arguments he raised in his complaint.

25   Docket No. 25 at 3.   The Court will treat Plaintiff's objections as a renewed motion for

26

27        _____

28        [1]Although titled a motion for reconsideration, Plaintiff's motion is primarily a request for an
     evidentiary hearing:  "Therefore the Petitioner Joseph Bivins request for reconsideration of the said
     document and grant an evidentiary hearing to the matter now before the court."  Docket No. 17 at 2.

1  reconsideration.  However, Plaintiff has not set forth grounds that justify reconsideration.  <u>See, e.g.</u>,

2  <u>Pyramid Lake Paiute Tribe of Indians v. Hodel</u>, 882 F.2d 364, 369 n.5 (9th Cir. 1989) ("'[T]he major

3  grounds that justify reconsideration involve an intervening change of controlling law, the availability

4  of new evidence, or the need to correct a clear error or prevent manifest injustice.'") (quoting <u>United</u>

5  <u>States v. Desert Gold Mining Co.</u>, 433 F.2d 713, 715 (9th Cir. 1970)).  Accordingly, Plaintiff's

6  renewed motion for reconsideration (Docket No. 25) is DENIED for the reasons set forth in the Order

7  of Dismissal (Docket No. 16).

8

9       IT IS SO ORDERED.

10

11  DATED      4/24/12

12  JAMES WARE
    United States Chief Judge

13

14  G:\PRO-SE\JW-SF\CR-11\Bivins-11-2673-order motion for reconsideration.wpd

15

16

17

18

19

20

21

22

23

24

25

26

27

28                          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JOSEPH BIVINS,

                Plaintiff,

    v.

MARTINEZ COUNTY JAIL et al,

                Defendant.
_____/

Case Number: CV11-02673 JW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Joseph Bernard Bivins B-63111
Folsom State Prison
B3-A1-29L
P.O. Box 950
Folsom, CA 95763

Dated: April 24, 2012

                                Richard W. Wieking, Clerk
                                By: T. De Martini, Deputy Clerk